UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KARL AHLERS,

                          Plaintiff,

                                            No. 9:12-CV-0575
           -v-                                (DNH/TWD)

MIA TOWNSEND,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

KARL AHLERS, 61656-305
Plaintiff pro se
CNY PC
PO Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN               C. HARRIS DAGUE, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Karl Ahlers brought this action pursuant to 42 U.S.C. § 1983. On July

30, 2014, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by

Report-Recommendation that defendant's motion for summary judgment pursuant to Federal

Rule of Civil Procedure 56 be granted and plaintiff's complaint be dismissed. No objections

to the Report-Recommendation were filed.

      Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety; and

3. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file

_____
United States District Judge

Dated: August 28, 2014
       Utica, New York.